1    U.S. DISTRICT JUDGE BENJAMIN H. SETTLE

2

3

4

5

6                   UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF WASHINGTON
7                        TACOMA DIVISION

8    BILLY JOE MCCLANAHAN,                )
                                          )   CIVIL NO. 3:19-cv-05446-BHS
9              Plaintiff,                  )
                                          )
10        vs.                              )
                                          )   ORDER
11                                         )
     COMMISSIONER OF SOCIAL SECURITY,     )
12                                         )
               Defendant                   )
13                                         )

14

15        This matter comes before the Court on the Plaintiff's motion for attorney's fees pursuant

16   to the Equal Access to Justice Act, 28 U.S.C. § 2412

17        The motion is timely as Plaintiff had a 60-day appeal period, plus the 30-day period in

18   §2412(d)(1)(B), from the entry of final judgment on February 20, 2020 to file a timely EAJA

19   application. *Akopyan v. Barnhart,* 296 F.3d 852 (9th Cir. 2002); *Melkonyan v. Sullivan,* 501 U.S.

20   89, 94-96 (1991); FED. R. App. P. 4(a). Furthermore, upon review of the record, the Court

21   determines that Plaintiff is the prevailing party, the government's position was not substantially

22   justified, and that the itemization of attorney time spent is reasonable. In short, the requirements

23   of § 2412(d)(1)(B) are met.

24

25

ORDER FOR EAJA FEES - 1

David Oliver & Associates
2608 South 47th Street, Suite C
Tacoma, WA 98409
(253) 472-4357
david@sslawyer.org

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Having thoroughly considered the Plaintiff's motion and the relevant record, the Court hereby GRANTS the motion and awards Plaintiff $6,027.84 in attorney's fees, subject to any offset allowed under the Treasury Offset Program. *See. Astrue v. Ratiff,* 560 U.S. 586, 589 – 590 (2010). Payment of EAJA fees shall be sent to Plaintiff's attorney: David Oliver & Associates, 2608 South 48th Street, Suite C, Tacoma, WA 98409. Pursuant to *Ratiff*, award shall be payable to Plaintiff's attorneys, David Oliver & Associates, if the Commissioner confirms that Plaintiff owes no debt to the Government through the Federal Treasury Offset program.

For the foregoing reasons, Plaintiff's stipulated motion for attorney fees is GRANTED;

DATED this 22nd day of May, 2020.

_____

BENJAMIN H. SETTLE

United States District Judge

Presented by:

S/David P. OLIVER
David P. Oliver,
Attorney for Plaintiff

ORDER FOR EAJA FEES - 2

David Oliver & Associates
2608 South 47th Street, Suite C
Tacoma, WA 98409
(253) 472-4357
david@sslawyer.org